# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY a/s/o Kenneth and Kathleen Roberts, | : : : | No. 3:16cv55 |
| | : | (Judge Munley) |
| Plaintiff | : | |
| v. | : : : | |
| GUAGLIARDO PLUMBING, HEATING, AND AIR CONDITIONING, INC., | : : : | |
| Defendant | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 10th day of May 2017, it is hereby **ORDERED** as follows:

1) Plaintiff's motion in limine to amend case caption and preclude evidence of insurance at trial (Doc. 17) is hereby **DENIED**.

2) Plaintiff's motion in limine to preclude evidence of and related to depreciation and actual cash value (Doc. 18) is hereby **GRANTED** as unopposed. Defendant shall not argue that the proper measure of damage is repair cost less depreciation - referred to by the insurance industry as "actual cash value". Defendant shall not present evidence of depreciation or actual cash value.

3) Plaintiff's motion in limine to preclude expert testimony of Daniel Vieau (Doc. 20) is hereby **DENIED**.

4) Plaintiff's motion to limit the testimony of Defendant's Expert Daniel E. Vieau (Doc. 19) is hereby **GRANTED** in that Vieau will not be permitted to opine on the operation and failure mode of the furnace and as to whether the service provided by defendant was reasonable, proper and/or appropriate. The motion is **DENIED** to the extent that it seeks to limit the testimony of Michael Guagliardo, who serviced the furnace.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**